**Paul A. PORTER, Administrator, Office of Price Administration, Appellant, v. Carl M. HUBER, individually, and doing business as Lincoln Highway Garage.**

No. 13492.

Circuit Court of Appeals, Eighth Circuit.

Feb. 7, 1947.

Allan R. Shepherd, District Enforcement Attorney, of Des Moines, Iowa, and Mr. Lee J. Farnsworth, Enforcement Attorney, Office of Price Administration, of Iowa City, Iowa, for appellant.

John J. Hess, of Council Bluffs, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for respective parties.

**Abe SCHREIBER, et al., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**J. R. SHAPROW v. SAME.**

No. 10361.

Circuit Court of Appeals, Sixth Circuit.

Feb. 12, 1947.

John F. Langs, of Detroit, Mich., for petitioner.

Douglas W. McGregor, J. P. Wenchel, Sewall Key, Robert N. Anderson and Harry Baum, all of Washington, D. C., for respondent.

Before HICKS, ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard and submitted upon transcript of record, oral arguments and printed briefs of attorneys for the contending parties;

And it appearing that the findings of fact of the Tax Court of the United States are supported by substantial evidence and are not clearly erroneous, and that the conclusions of law reached in the opinion of that tribunal conform to the principles announced in Commissioner v. Tower, 327 U.S. 280, 66 S.Ct. 532, and Lusthaus v. Commissioner, 327 U.S. 293, 66 S.Ct. 539, and are rationalized upon sound reasoning [See Dobson v. Commissioner, 320 U.S. 489, 64 S.Ct. 239, 88 L.Ed. 248];

The decision of the Tax Court, 6 T.C. 707, in the case of Abe Schreiber v. Commissioner of Internal Revenue is affirmed; likewise, the decision of the Tax Court in the case of J. C. Shaprow v. Commissioner of Internal Revenue is affirmed.

**UNITED STATES TRUST COMPANY OF NEW YORK, et al., as Trustees, etc., et al., Appellants, v. EMPIRE TRUST COMPANY, et al., as Trustees, etc., et al.**

No. 13325.

Circuit Court of Appeals, Eighth Circuit.

Jan. 30, 1947.

George W. Morgan, of St. Paul, Minn., and M'Cready Sykes and W. Lloyd Kitchel, both of New York City, for appellants.

F. H. Stinchfield, Frank Jones, Henry S. Mitchell, James L. Hetland, James E. Dorsey, E. E. Boyner, Donald West and Leonard H. Murray, all of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants.